149 P.3d 805

# SUPREME COURT OF HAWAI'I

State v. Kekuewa . . . . . . . . . . . . . . . . 27248 12/14/2006 Granted 112 Hawai'i 269,
145 P.3d 812

Sussman v. Sussman . . . . . . . . . . . . 27293 12/18/2006 Dismissed 112 Hawai'i 437,
146 P.3d 597

Wailuku Agribusiness Co., Inc. v.
 Ah Sam . . . . . . . . . . . . . . . . . . . . . . 25930 01/16/2007 Granted 112 Hawai'i 241,
145 P.3d 784